# ELECTRONIC RECORD

| | | |
|---|---|---|
| COA # 06-14-00016-CR | OFFENSE: | 19.02 |
| STYLE: Troy Carnell Saddler v. The State of Texas | COUNTY: | Gregg |
| COA DISPOSITION: Affirmed | TRIAL COURT: | 188th District Court |
| DATE: 1/23/15        Publish: No | TC CASE #: | 41136-A |

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Troy Carnell Saddler v. The State of Texas

_____APPELLANT'S_____ Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

_____REFUSED_____

DATE: 04/22/2015

JUDGE: Per Curiam

CCA #: **207-15**

CCA Disposition: _____

DATE: _____

JUDGE: _____

SIGNED: _____    PC: _____

PUBLISH: _____    DNP: _____

------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**